FEBRUARY 20, 1996

No. 95–901. TIG INSURANCE GROUP ET AL. *v.* INFANTINO. C. A. 9th Cir. Certiorari dismissed under this Court's Rule 46.1.

No. 95–270. WORCESTER COUNTY, MARYLAND, ET AL. *v.* CANE ET AL. C. A. 4th Cir. Certiorari dismissed as to James Purnell under this Court's Rule 46.1.

No. 95–156. UNITED STATES *v.* MUSCHIK. C. A. 9th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Neal* v. *United States, ante,* p. 284.

No. 95–390. SYLVESTER ET AL. *v.* BRYANT ET AL. C. A. 3d Cir. Motion of Conference of Chief Justices for leave to file a brief as *amicus curiae* granted. Certiorari granted, judgment vacated, and case remanded to consider the question of mootness.

No. 95–6731. TAYLOR *v.* UNITED STATES. C. A. 6th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Bailey* v. *United States, ante,* p. 137.

No. 95–6751. SMITH *v.* UNITED STATES. C. A. 10th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Bailey* v. *United States, ante,* p. 137.

No. 95–6809. STERLING *v.* UNITED STATES. C. A. 5th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Bailey* v. *United States, ante,* p. 137.